IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado Corporation,

      Plaintiff,

          v.

SDMS, INC., a California Corporation;
THOMAS P. ANDERSON, individually; and
KENNETH PECUS, individually,

      Defendants.

---

## ORDER

THIS MATTER is before the Court in connection with a review of Plaintiff's Status Report, Motion for Preliminary Injunction and Motion for Permission to Exceed Page Limitations filed October 20, 2006 and Defendants' Cross-Motion for Preliminary Injunction filed October 24, 2006.  I first address the request for a hearing on the preliminary injunction motions.

Plaintiff's Status Report requests that the hearing be set on dates to coincide with the Scheduling Conference.  The requested dates are November 15, 16 or 17, 2006.  Those dates are not available on the Court's calender.  Instead, a hearing on the cross motions for preliminary injunction is set for Tuesday, November 21, 2006, at 1:00 p.m.

I also approve the proposed schedule for briefing the preliminary injunction motions set forth in the Status Report.  Further, I grant Plaintiff's Motion for Permission

to Exceed Page Limits.  Plaintiff's Motion for Preliminary Injunction filed October 20, 2006, which exceeds the page limitations, is accepted for filing.

I further note that Defendants' Cross-Motion for Preliminary Injunction does not comply with the formatting requirements of D.C.COLO.LCivR .10.1.  While I have not stricken this motion, Defendants are advised in the future that any pleadings that do not comply with Local Rule 10.1 will be stricken.

Finally, in light of the recent filing of the cross-motions for preliminary injunction, the motion for temporary restraining order and motion for preliminary injunction filed June 23, 2006 (docket # 4) are denied as moot.

In conclusion, it is

ORDERED that a hearing on the cross motions for preliminary injunction is set for **Tuesday, November 21, 2006, at 1:00 p.m.**  It is

FURTHER ORDERED that the proposed schedule for briefing the preliminary injunction motions set forth in Plaintiff's Status Report is **APPROVED**.  It is

FURTHER ORDERED that Plaintiff's Motion for Permission to Exceed Page Limits is **GRANTED**, and Plaintiff's Motion for Preliminary Injunction filed October 20, 2006, is accepted for filing.  It is

FURTHER ORDERED that the motion for temporary restraining order and motion for preliminary injunction filed June 23, 2006 (docket # 4) are **DENIED AS MOOT**.

Dated:  October 27, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge