## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

_____

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 21, 2006 |
| E.C.R./Reporter:      Kara Spitler | |

_____

Civil Action No:  **06-cv-01212-WYD-BNB**         <u>Counsel:</u>

**ROCKY MOUNTAIN CHOCOLATE**                         Leonard H. MacPhee
**FACTORY, INC.**,                                                   Romney S. Philpott, III

      Plaintiff,

v.

**SDMS, INC., et al.**,                                                Adam J. Goldstein
                                                                              Rebecca J. Fortune
      Defendants.

_____

### COURTROOM MINUTES
_____

**HALF-DAY HEARING ON CROSS-MOTIONS FOR PRELIMINARY INJUNCTION**

**1:09 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks regarding efforts to resolve this case.

1:10 p.m.   Counsel indicate that efforts to resolve this case have been exhausted.

Defendants' Motion to Transfer Case (#41 - 11/7/06) is raised for argument.

1:12 p.m.   Argument by Plaintiff (Mr. MacPhee).

1:12 p.m.   Argument by Defendants (Ms. Fortune).

1:22 p.m.   Argument by Plaintiff (Mr. MacPhee).

Judge Wiley Y. Daniel
06-cv-01212-WYD-BNB - Courtroom Minutes

---

| | |
|---|---|
| 1:27 p.m. | Argument by Defendants (Ms. Fortune). |
| **ORDERED:** | Defendants' Motion to Transfer Case (#41 - 11/7/06) is **DENIED.** |
| | Plaintiff's Motion for Preliminary Injunction (#25 - 10/20/06) and Defendants' Motion for Preliminary Injunction (#27 - 10/24/06) are raised for argument. |
| 1:32 p.m. | Argument by Plaintiff (Mr. MacPhee). |
| 1:35 p.m. | Defendants' oral motion for sequestration of witnesses (Ms. Fortune). |
| **ORDERED:** | Defendants' oral motion for sequestration of witnesses is **GRANTED.** |
| 1:36 p.m. | Plaintiff's witness **Coty Franklin Crail** sworn. |
| | Direct examination by Plaintiff (Mr. MacPhee).<br>*EX ID:      1, 2, 3, 4* |

**Exhibit/s 1 RECEIVED.**

| | |
|---|---|
| 1:44 p.m. | Court's examination of witness. |
| 1:45 p.m. | Cross examination by Defendants (Ms. Fortune). |
| 1:48 p.m. | Plaintiff's witness **Gregory Larry Pope** sworn. |
| | Direct examination by Plaintiff (Mr. MacPhee).<br>*EX ID:      10, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 19, 20* |

**Exhibit/s 10, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 19, 20 RECEIVED.**

| | |
|---|---|
| **2:34 p.m.** | Court in Recess |
| **3:00 p.m.** | Court in Session |
| | Plaintiff's witness **Gregory Larry Pope** resumes. |
| | Cross examination by Defendants (Ms. Fortune). |
| 3:15 p.m. | Re-Direct examination by Plaintiff (Mr. MacPhee). |

Judge Wiley Y. Daniel
06-cv-01212-WYD-BNB - Courtroom Minutes

---

| | |
|---|---|
| 3:19 p.m. | Discussion and argument regarding evidence to be presented as to the motions for preliminary injunction. |
| 3:26 p.m. | Defendants' witness **Thomas Patrick Anderson** sworn. |

Direct examination by Defendants (Ms. Fortune).
***EX ID:***        **A, B, C, D, E, F, G, H, I, J, K**

**Exhibit/s A, B, C, D, E, F, G, H, I, J, K RECEIVED.**

**4:20 p.m.**     Court in Recess

**4:52 p.m.**     Court in Session

Defendants' witness **Thomas Patrick Anderson** resumes.

Cross examination by Plaintiff (Mr. MacPhee).
***EX ID:***        **10**

5:17 p.m.     Argument by Plaintiff (Mr. MacPhee).

**ORDERED:**     This matter is **CONTINUED** to **Wednesday, November 27, 2006, at 2:00 p.m.**

**ORDERED:**     Counsel shall meet and confer in an attempt to resolve this case.

**5:33 p.m.**     Court in Recess - HEARING CONTINUED

**CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  3:26**