**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 29, 2006 |
| E.C.R./Reporter:      Kara Spitler | |

_____

| | |
|---|---|
| Civil Action No:  **06-cv-01212-WYD-BNB** | Counsel: |
| **ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.**, | Leonard H. MacPhee Romney S. Philpott, III |
| Plaintiff, | |
| v. | |
| **SDMS, INC., et al.**, | Rebecca J. Fortune Adam J. Goldstein |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**CONTINUATION OF HEARING ON CROSS-MOTIONS FOR PRELIMINARY INJUNCTION (continued from November 21, 2006)**

**2:15 p.m.**   Court in Session

Plaintiff's witness **Bryan James Merryman** sworn.

Direct examination by Plaintiff (Mr. MacPhee).
***EX ID:         18, 27, 28, 29, 30, 24, 25, 31, 32, 33, 34, 26***

**Exhibit/s 18, 27, 28, 29, 30, 24, 25, 31, 32, 33, 34, 26 RECEIVED.**

3:05 p.m.   Cross examination by Defendants (Ms. Fortune).
***EX ID:         P, 24, 27, 28, 29, 30, 31, 32, 33, 25, 34***

**Exhibit/s P RECEIVED.**

Judge Wiley Y. Daniel
06-cv-01212-WYD-BNB - Courtroom Minutes

---

3:33 p.m.        Re-Direct examination by Plaintiff (Mr. MacPhee).

3:38 p.m.        Plaintiff rests

3:38 p.m.        Defendants' witness Thomas Patrick Anderson resumes.

                 Direct examination by Defendants (Ms. Fortune).
                 ***EX ID:        R, S, T, 26, U, V, W, Y***

**Exhibit/s R, S, T, U, V, W, Y RECEIVED.**

3:53 p.m.        Defendants rest

**ORDERED:**    Court will allow forty (40) minutes for argument.

                 Court outlines areas to be covered in argument.

**3:56 p.m.**    Court in Session

**4:10 p.m.**    Court in Session

                 Argument by Defendants (Ms. Fortune).

4:24 p.m.        Argument by Plaintiff (Mr. MacPhee).

4:36 p.m.        Argument by Defendants (Ms. Fortune).

4:37 p.m.        Argument by Plaintiff (Mr. MacPhee).

**ORDERED:**    Plaintiff's Motion for Preliminary Injunction (#25 - 10/20/06) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**    Defendants' Motion for Preliminary Injunction (#27 - 10/24/06) is **TAKEN UNDER ADVISEMENT.**

Judge Wiley Y. Daniel
06-cv-01212-WYD-BNB - Courtroom Minutes

---

        Court will issue a written order.

**4:38 p.m.**    Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  2:09**