IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01212-WYD-BNB | Date: April 19, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| ROCKY MOUNTAIN CHOCOLATE FACTORY INC., a Colorado corporation | Leonard MacPhee |
| Plaintiff and Counter Defendant, | |
| v. | |
| SDMS, INC., THOMAS P. ANDERSON, individually KENNETH PECUS, individually | Rebecca Fortune |
| Defendants and Counter Claimants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     1:26 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendants and Counter-Claimants' motion to amend the scheduling order(4/2/07 #75) is granted in part and denied in part. Defendants are allowed 14 request for production of documents. Defendants' are allowed an additional two (2) depositions**

**ORDERED:** **Defendants' unopposed motion to amend the scheduling order(4/13/07 #79) is granted. The discovery deadlines are extended as follows:**
**Discovery cut-off :July 13, 2007,**
**Parties shall designate all experts on or before June 5, 2007**

    **Parties shall designate all rebuttal experts on or before July 2, 2007**
    **Dispositive motion deadline is July 20, 2007**

**ORDERED:** **The final pretrial conference set for August 6, 2007 is vacate and reset to September 20, 2007 at 8:30 a.m.**
    **Proposed pretrial order due on or before September 13, 2007.**

Court in Recess  2:22 p.m.  Hearing concluded.

Total time in court: 00:56