IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado corporation,

Plaintiff,

v.

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, and
KENNETH PECUS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendants . . . Motion to Amend the Scheduling Order** [Doc. # 75, filed 4/2/2007] (the "Motion to Expand Discovery"); and

(2) **Defendants' Unopposed Motion to Amend the Scheduling Order** [Doc. # 79, filed 4/13/2007] (the "Motion to Extend Deadlines").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Expand Discovery is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to allow the defendants to serve the additional 14 production requests contained in *Defendants' . . . Request for Production of Documents and Electronically Stored Information (Set No. Two (2))*;

GRANTED to expand the number of depositions allowed to 12 depositions per side, plus specially retained experts; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion to Extend Deadlines is GRANTED, and the case schedule is modified to the following extent:

**Discovery Cut-Off:** July 13, 2007

**Dispositive Motions Deadline:** July 20, 2007

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 5, 2007**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 2, 2007**

**Final Pretrial Conference:** The final pretrial conference set for August 6, 2007, is VACATED and RESET to **September 20, 2007, at 8:30 a.m.** A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **September 13, 2007**.

Dated April 19, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge