IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado corporation,

Plaintiff,

v.

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, and
KENNETH PECUS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Withdrawal of Adam J. Goldstein, Esq.** [docket no. 90, filed May 9, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and attorney Adam J. Goldstein is withdrawn from the representation of defendants and the Clerk of the Court is directed to remove his name from the electronic service.

DATED: May 10, 2007