IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado corporation,

Plaintiff,

v.

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, and
KENNETH PECUS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendants' . . . Motion to Amend the Scheduling Order to Permit the Filing of a First Amended Counter-Claim for Damages and Equitable Relief** [Doc. # 82, filed 4/17/2007] (the "Motion to Amend"); and

(2) **Plaintiff's Motion for Protective Order** [Doc. # 87, filed 5/8/2007] (the "Motion for Protective Order").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Defendants and Counter-Claimants' First Amended Counter-Claims for Damages and Equitable Relief [Doc. # 82-3]. The plaintiff shall respond to the amended counterclaims on or before **June 13, 2007**.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED as withdrawn.

Dated May 30, 2007.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge