IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado corporation,

Plaintiff,

v.

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, and
KENNETH PECUS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' and Counter-claimants' Unopposed Motion to Amend the Scheduling Order** [docket no. 102, filed June 5, 2007] (the "Motion").

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to a renewed motion which addresses all remaining scheduling order deadlines, including the dispositive motion deadline.

DATED:  June 8, 2007