IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado corporation,

Plaintiff,

v.

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, and
KENNETH PECUS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the following:

(1) **Defendants['] . . . Motion to Compel Production of Documents** [Doc. # 95, filed 5/22/2007] (the "Motion to Compel"); and

(2) **Defendants['] . . . Unopposed Motion to Withdraw Their Motion to Compel Production of Documents and Remove Hearing from Calendar** [Doc. # 109, filed 6/15/2007] (the "Motion to Withdraw Motion").

IT IS ORDERED that the Motion to Withdraw Motion is GRANTED, and the hearing set for **June 19, 2007, at 3:30 p.m.**, is VACATED.

IT IS FURTHER ORDERED that the Motion to Compel is DENIED as moot.

DATED: June 18, 2007