IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado corporation,

Plaintiff,

v.

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, and
KENNETH PECUS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **All Parties' Joint Motion to Amend the Scheduling Order** [docket no. 107, filed June 15, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
　　The parties shall designate all experts and provide opposing counsel
　　with all information specified in Fed. R. Civ. P. 26(a)(2) on or
　　before **July 18, 2007**;

　　The parties shall designate all rebuttal experts and provide opposing
　　counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on
　　or before **August 17, 2007**;

Discovery Cut-off: **August 24, 2007**;
Dispositive Motion Deadline: **August 24, 2007**.

DATED: June 18, 2007