IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado Corporation,

    Plaintiff,

        v.

SDMS, INC., a California Corporation;
THOMAS P. ANDERSON, individually; and
KENNETH PECUS, individually,

    Defendants.

_____

SDMS, Inc.,
THOMAS P. ANDERSON, and
KENNETH PECUS,

    Counter-Claimants,

v.

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.,

    Counter-Defendant.

---

### ORDER

---

THIS MATTER is before the Court on Counter-Claimants' Unopposed Motion to Dismiss (filed September 21, 2007). The Motion seeks to dismiss the Seventh Counter-Claim for Breach of Contract, and states that there is no opposition by Counter-Defendant Rocky Mountain Chocolate Factory.

The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Counter-Claimants' Unopposed Motion to Dismiss is **GRANTED**. In accordance therewith, it is

ORDERED that the Seventh Counter-Claim (for Breach of Contract) is **DISMISSED WITH PREJUDICE**.

Dated:  September 24, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge