IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado Corporation,

    Plaintiff,

v.

SDMS, INC., a California Corporation;
THOMAS P. ANDERSON, individually; and
KENNETH PECUS, individually,

    Defendants.
_____

SDMS, Inc.,
THOMAS P. ANDERSON, and
KENNETH PECUS,

    Counter-Claimants,

v.

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.,

    Counter-Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Clarify Disbursement of Bond Funds is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated: October 9, 2007