IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado Corporation,

      Plaintiff,

v.

SDMS, INC., a California Corporation;
THOMAS P. ANDERSON, individually; and
KENNETH PECUS, individually,

      Defendants.

_____

SDMS, Inc.,
THOMAS P. ANDERSON, and
KENNETH PECUS,

      Counter-Claimants,

v.

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.,

      Counter-Defendant.

---

### ORDER INSTRUCTING CLERK TO DISBURSE BOND FUNDS

---

THE COURT, having reviewed Plaintiff Rocky Mountain Chocolate Factory, Inc.

("RMCF")'s Revised Motion to Clarify Disbursement of Bond Funds, the file in this

matter and being fully advised in the premises, hereby

ORDERS that RMCF's Revised Motion to Clarify Disbursement of Bond Funds is

**GRANTED**. In accordance therewith, it is

ORDERED that the Clerk of the Court is to disburse the funds from the bond

posted on December 12, 2006 by issuing a check made payable to Rocky Mountain

Chocolate Factory, Inc. in the principal amount of $150,000, plus any interest accrued

minus the registry fee.

Dated:  October 10, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge