IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado corporation,

Plaintiff,

v.

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, and
KENNETH PECUS,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Shorten Time re Defendants' Motion to Amend the Pre-Trial Order** [docket no. 168, filed November 2, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the hearing set for November 20, 2007, is vacated and reset to **November 15, 2007, at 8:30 a.m.**  Plaintiff's response will be due on **November 9, 2007**. No reply will be accepted without leave of court.

DATED:  November 6, 2007