IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01212-WYD-BNB | Date: November 15, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| ROCKY MOUNTAIN CHOCOLATE FACTORY INC., | Leonard MacPhee Romney Philpott, III |
| Plaintiff and Counter Defendant, | |
| v. | |
| SDMS, INC., a California corporation THOMAS P. ANDERSON, individiually and KENNETH PECUS, | Rebecca Fortune Robert Lynn |
| Defendants and Counter Claimants | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:      8:28 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Defendants' and Counter-claimants' motion to amend the pre-trial order and permit one trial deposition, filed October 30, 2007: #164, is granted as stated on the record.  The deposition shall occur no later than January 18, 2007.**

Court in Recess      9:00 a.m.      Hearing concluded.

Total time in court:      00:32