IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado corporation,

Plaintiff,

v.

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, and
KENNETH PECUS,

Defendants.

_____

## ORDER

_____

This matter is before me on the **Defendants' . . . Motion to Amend the Pre-Trial Order and Permit One Trial Deposition** [Doc. # 164, filed 10/30/2007] (the "Motion").  I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to allow the deposition of Jim Kelber. The deposition shall not exceed eight hours in duration; the parties shall split the available time evenly; and the deposition shall be concluded not later than **January 18, 2008**.

Dated November 15, 2007.

BY THE COURT:

 s/ Boyd N. Boland                              
United States Magistrate Judge