## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

_____

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:  November 15, 2007 |
| E.C.R./Reporter:    Darlene Martinez | |

_____

| | |
|---|---|
| Civil Action No:  **06-cv-01212-WYD-BNB** | <u>Counsel:</u> |
| **ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.**, | Leonard H. MacPhee<br>Romney S. Philpott, III |
| Plaintiff, | |
| v. | |
| **SDMS, INC., et al.**, | Rebecca J. Fortune<br>Robert H. Lynn |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT and PLAINTIFF'S MOTION TO STRIKE JURY DEMAND**

**10:09 a.m.**     Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks and inquiry of counsel.

10:11 a.m.     Statement by Plaintiff in response to Court's inquiry (Mr. MacPhee).

10:15 a.m.     Statement by Defendants in response to Court's inquiry (Ms. Fortune).

Defendants' Motion for Summary Judgment (#120 - 8/17/07) and Defendants' Motion for Summary Judgment (#162 - 10/24/07) are raised for argument.

10:22 a.m.     Argument by Defendants (Ms. Fortune).

Judge Wiley Y. Daniel
06-cv-01212-WYD-BNB - Courtroom Minutes

---

| | |
|---|---|
| 10:33 a.m. | Argument by Plaintiff (Mr. MacPhee). |
| 10:48 a.m. | Argument by Defendants (Ms. Fortune). |
| 10:56 a.m. | Argument by Plaintiff (Mr. MacPhee). |

**ORDERED:** Defendants' Motion for Summary Judgment (#120 - 8/17/07) is **GRANTED IN PART and DENIED IN PART, as outlined by the Court.**

**ORDERED:** Defendants' Motion for Summary Judgment (#162 - 10/24/07) is **GRANTED IN PART and DENIED IN PART, as outlined by the Court.**

**ORDERED:** Plaintiff shall pay any reasonable attorney fees and costs associated with the reopening of discovery.

**ORDERED:** Discovery will be reopened on a limited basis until not later than **Friday, January 18, 2008.**

Plaintiff's Motion for Summary Judgment (#133 - 8/24/07) is raised for argument.

| | |
|---|---|
| 11:02 a.m. | Argument by Plaintiff (Mr. MacPhee). |
| 11:17 a.m. | Argument by Defendants (Ms. Fortune). |
| 11:20 a.m. | Argument by Plaintiff (Mr. MacPhee). |
| **11:43 a.m.** | Court in Recess |
| **12:04 p.m.** | Court in Session |
| | Argument by Defendants (Ms. Fortune). |
| 12:15 p.m. | Argument by Plaintiff (Mr. MacPhee). |
| 12:16 p.m. | Argument by Defendants (Ms. Fortune). |
| 12:17 p.m. | Argument by Plaintiff (Mr. MacPhee). |
| 12:21 p.m. | Argument by Defendants (Ms. Fortune). |

Judge Wiley Y. Daniel
06-cv-01212-WYD-BNB - Courtroom Minutes

---

12:25 p.m.      Argument by Plaintiff (Mr. MacPhee).

12:28 p.m.      Argument by Defendants (Ms. Fortune).

12:29 p.m.      Argument by Plaintiff (Mr. MacPhee).

12:33 p.m.      Argument by Defendants (Ms. Fortune).

**12:43 p.m.**  Court in Recess

**1:54 p.m.**   Court in Session

1:55 p.m.       Argument by Plaintiff (Mr. MacPhee).

1:57 p.m.       Argument by Defendants (Ms. Fortune).

2:14 p.m.       Argument by Plaintiff (Mr. MacPhee).

**2:17 p.m.**   Court in Recess

**3:10 p.m.**   Court in Session

                Argument by Defendants (Ms. Fortune).

3:18 p.m.       Argument by Plaintiff (Mr. MacPhee).

3:26 p.m.       Argument by Defendants (Ms. Fortune).

3:33 p.m.       Argument by Plaintiff (Mr. MacPhee).

3:38 p.m.       Argument by Defendants (Ms. Fortune).

3:40 p.m.       Argument by Plaintiff (Mr. MacPhee).

**ORDERED:**    Plaintiff's Motion for Summary Judgment (#133 - 8/24/07) is **GRANTED IN PART and DENIED IN PART, as outlined by the Court.**

                Plaintiff's Motion to Strike Jury Demand (#134 - 8/24/07) is raised for argument.

3:43 p.m.       Argument by Plaintiff (Mr. MacPhee).

Judge Wiley Y. Daniel
06-cv-01212-WYD-BNB - Courtroom Minutes

---

3:44 p.m.    Argument by Defendants (Ms. Fortune).

**ORDERED:**   Plaintiff's Motion to Strike Jury Demand (#134 - 8/24/07) is **GRANTED.**

**ORDERED:**   A 3-day trial to court is set to commence on **Monday, August 18, 2008, at 9:00 a.m., in Courtroom A-1002.**

**ORDERED:**   Final trial preparation conference is set for **Wednesday, August 6, 2008, at 10:00 a.m.**

**3:53 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 3:19**