IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado Corporation,

    Plaintiff,

v.

SDMS, INC., a California Corporation;
THOMAS P. ANDERSON, individually; and
KENNETH PECUS, individually,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Withdraw the Remaining Portions of Plaintiff's First, Second, Fourth, and Fifth Claims (filed January 23, 2008) is **GRANTED**. Plaintiff has received injunctive relief with respect to these claims, and is entitled to withdraw its claims for damages on these claims. Accordingly, the remaining portions of Plaintiff's First, Second, Fourth and Fifth Claims are **WITHDRAWN**.

    Despite Defendants' arguments to the contrary in its opposition to Plaintiff's motion, I find that Defendants will not be prejudiced by withdrawal of these claims. Indeed, Defendants were allowed to withdraw certain claims previously. I also reject Defendants' arguments that withdrawal of the claims should be premised upon finding Defendants to be the "prevailing party" on these claims.

    Dated: February 22, 2008