IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01212-WYD-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado Corporation,

    Plaintiff,

v.

SDMS, INC., a California Corporation;
THOMAS P. ANDERSON, individually; and
KENNETH PECUS, individually,

    Defendants.
_____

SDMS, Inc.,
THOMAS P. ANDERSON, and
KENNETH PECUS,

    Counter-Claimants,

v.

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.,

    Counter-Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion to Amend the Court's Order of November 30, 2007 and Move Up the Trial Date by One Week (filed February 7, 2008 and responded to on February 22, 2008) is **GRANTED IN PART AND DENIED IN PART**. The request that the current dates for the trial and final trial preparation conference be vacated is granted. The three day trial to the Court set to commence Monday, August 18, 2008, and the final trial preparation conference set for August 6, 2008, are **VACATED**.

The request that the dates be moved up one week to August 11, 2008, and July 30, 2008, is denied as those dates are not available on the Court's calendar. Instead, on or before **Wednesday, March 12, 2008**, counsel for the parties shall jointly contact my Chambers at (303) 844-2170 to reset the trial and final trial preparation conference.

Dated: March 4, 2008