IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-01212-PAB-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY INC.

      Plaintiff,

v.

SDMS, INC., et al.,

      Defendants.
_____

## ORDER SETTING CASE FOR TRIAL
_____

      This matter has been scheduled for a three-day trial to the court on the docket of

Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor,

901 19th Street, Denver, Colorado, to commence on **February 23, 2009 at 8:00 a.m.**

      A Trial Preparation Conference is set for **February 13, 2009 at 1:30 p.m.**  Lead

counsel who will try the case shall attend in person unless a written motion for

alternative appearance is granted by the Court.

      The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

      1)     sequestration of witnesses;

      2)     timing of presentation of witnesses and evidence;

      3)     anticipated evidentiary issues;

      4)     any stipulations as to fact or law; and

      5)     any other issue affecting the duration or course of the trial.

DATED December 9, 2008.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge