IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-01212-PAB-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY INC.

    Plaintiff,

v.

SDMS, INC., et al.,

    Defendants.
_____

**ORDER REGARDING THE PARTIES' OBJECTIONS TO DESIGNATIONS OF DEPOSITION TESTIMONY**
_____

This matter comes before the court on plaintiff's Objections to Defendants' Designations of Deposition Testimony [Docket No. 220] and defendants' Objections to Plaintiff's Designated Videotaped Deposition Testimony [Docket No. 219]. The Court has reviewed the parties' objections and responses thereto.

The Court rules as follows on plaintiff's objections [Docket No. 220]:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | Kelber, Jim – 47:17-48:23 | Relevance | Overruled |
| 2 | Kelber, Jim – 48:16-48:23 | Relevance; Lack of foundation; Speculative | Sustained as to 48:19 - 48:23 as speculative; otherwise overruled |
| 3 | Kelber, Jim – 88:22-93:23 | Relevance; Lack of foundation as to 92:7 - 92:13 | Overruled |
| 4 | Moore, John – 18:9-19:1 | Relevance | Overruled |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 5 | Moore, John – 20:1-22:9 | Relevance | Sustained as to 20:01 - 22:01; otherwise overruled |
| 6 | Moore, John – 22:10-23:06 | Relevance | Overruled |
| 7 | Moore, John – 26:7-26:10 | Relevance | Overruled |
| 8 | Moore, John – 29:16-31:20 | Relevance | Sustained |
| 9 | Moore, John – 34:9-36:04 | Relevance; Lack of foundation | Sustained on relevance |
| 10 | Moore, John – 105:15-107:8 | Relevance; Lack of foundation | Overruled |
| 11 | Nov. 15, 2007 Summ. J. Hr'g Tr. at 89:25-90:4 | Non-deposition testimony; Not a judicial admission | Defendants withdraw this testimony as a deposition designation. The Court sustains plaintiff's objection to this testimony and finds it is not a judicial admission. |

The Court rules as follows on defendants' objections [Docket No. 219]:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | Crail, Cody – 105:14-16 | Calls for speculation; Foundation | Overruled |
| 2 | Crail, Cody – 106:2-9 | Calls for speculation; Foundation | Overruled |
| 3 | Kelber, Jim – 96:24-97:2 | Relevance; Calls for speculation; Foundation | Overruled |
| 4 | Miller, Danielle – 138:3-5 | Relevance | Overruled |
| 5 | Miller, Danielle – 183:10-13 | Relevance | Overruled |
| 6 | Miller, Danielle – 187:3-5 | Relevance | Overruled |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 7 | Stroud, David – 32:1-3 | Relevance | Sustained |
| 8 | Stroud, David – 32:7-9 | Relevance | Sustained |
| 9 | Stroud, David – 32:18-25 | Relevance | Sustained |
| 10 | Stroud, David – 34:6-7 | Relevance | Sustained |
| 11 | Stroud, David – 35:1-2 | Relevance | Sustained |
| 12 | Stroud, David – 35:4 | Relevance | Sustained |
| 13 | Stroud, David – 35:6-7 | Relevance; Calls for speculation; Foundation | Sustained as to witness's answer on grounds of relevance |
| 14 | Stroud, David – 42:20-43:9 | Relevance; Foundation; Inadmissible opinion | Overruled |
| 15 | Stroud, David – 47:5-7 | Relevance | Plaintiff withdraws designation |
| 16 | Stroud, David – 47:9-10 | Relevance | Plaintiff withdraws designation |
| 17 | Stroud, David – 47:22-25 | Relevance | Plaintiff withdraws designation |
| 18 | Stroud, David – 48:3-8 | Relevance | Plaintiff withdraws designation |
| 19 | Stroud, David – 48:12-17 | Relevance | Plaintiff withdraws designation |

DATED February 17, 2009.

BY THE COURT:

s/Philip A. Brimmer  
PHILIP A. BRIMMER  
United States District Judge