**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO: 06-cv-01212-PAB-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.,
a Colorado corporation,

Plaintiff,

vs.

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, an individual, and
KENNETH PECUS, an individual,

Defendants.

---

SDMS, INC., a California corporation,
THOMAS P. ANDERSON, an individual, and
KENNETH PECUS, an individual,

Counter-claimants,

vs.

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.,
a Colorado corporation,

Counter-defendant.

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**

---

By and through their legal counsel, Defendants SDMS, Inc., Thomas P. Anderson and Kenneth Pecus respectfully submit the following response to Plaintiff's Motion for Attorneys' Fees and Non-Taxable Costs:

Defendants, SDMS, Inc., Thomas P. Anderson and Kenneth Pecus raise no objection to the Court granting Plaintiff's motion.

Dated this 8th day of April, 2009.

Respectfully submitted,

s\ *Rebecca J. Fortune*

Rebecca J. Fortune
Lynn & Fortune, LLP
2171 India Street, Suite C
San Diego, California 92101
Telephone: (619) 233-9464
Facsimile: (619) 702-6911
e-mail: rfortune@lynnfortunelaw.com