IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-01212-PAB-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY INC.

    Plaintiff,

v.

SDMS, INC., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

**Order entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff Rocky Mountain Chocolate Factory's ("RMCF") Motion for Attorney's Fees and Non-Taxable Costs [Docket No. 249]. In their response to the motion, defendants indicate that they do not oppose any aspect of RMCF's fees and costs request [Docket No. 252]. RMCF's motion and the attachments thereto detail the full amount claimed by RMCF for attorney's fees and costs, both taxable and non-taxable under 28 U.S.C. § 1920. Since that motion was filed, the Clerk of Court awarded to RMCF taxable costs in the amount of $17,710.73. RMCF therefore requested in its reply brief [Docket No. 254] that the Court award as non-taxable costs the difference between the costs it originally requested and the costs already taxed by the Clerk. Defendants were on notice of the full amount of such costs along with the attorney's fee amount at the time they filed their response and defendants raised no objection to either sum. Accordingly, it is

    **ORDERED** that plaintiff Rocky Mountain Chocolate Factory's motion for attorney's fees and costs [Docket No. 249] is GRANTED. Plaintiff is awarded attorney's fees in the amount of $457,624.75 and non-taxable costs in the amount of $43,068.21. Defendants shall pay such fees and costs to plaintiff within thirty days of the date of this Order.

    DATED June 8, 2009.